UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-20971-Cr-WILLIAMS/TORRES

UNITED STATES OF AMERICA

v.

LUIS SANTIAGO,

        Defendant.

_____/

**GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO RULE 35(b) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

COMES NOW the United States, by and through the undersigned Assistant United States Attorney, and files this Motion for Reduction of Sentence pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure, stating as follows:

On January 10, 2017, defendant Luis Santiago ("Santiago") pled guilty to a one-count felony Information charging him with conspiring to commit Federal programs bribery and Hobbs Act extortion under color of official right, all in violation of 18 U.S.C. §371. After pleading guilty, Santiago began cooperating with the government in the ongoing Opa Locka municipal corruption investigation. On February 22, 2018, this Court sentenced Santiago to fifty-one (51) months in prison, but delayed his surrender date until August 22, 2018 to allow his cooperation to continue.

In the view of the United States, Santiago has provided substantial assistance in the investigation and prosecution of persons. As such, the United States moves

1

pursuant to Rule 35 of the Federal Rules of Criminal Procedure for a reduction of Santiago's current fifty-one month sentence to reflect his substantial assistance.

The government also is requesting that this Court set the matter for a hearing prior to Santiago's August 22, 2018 surrender date to allow the government to present to the Court the details of Santiago's cooperation, and the government's corresponding reduction recommendation. Having the hearing prior to Santiago's current surrender date will simplify the process by allowing him to be present without the need for a writ or order to produce.

The undersigned has conferred with Santiago's counsel, Roderick Vereen, Esq., and he has stated that he agrees with this request.

WHEREFORE, the United States respectfully requests that the Court set this matter for a Rule 35(b) hearing before August 22, 2018, and reduce Santiago's sentence, based on the substantial assistance to be detailed at that Rule 35(b) hearing.

        Respectfully submitted,

        BENJAMIN G. GREENBERG
        UNITED STATES ATTORNEY

By:   s/*Edward N. Stamm*
      Edward N. Stamm
      Assistant United States Attorney
      Florida Bar No. 373826
      U.S. Attorney's Office - SDFL
      99 Northeast Fourth Street, 8th Floor
      Miami, Florida 33132-2111
      Telephone: (305) 961-9164
      Facsimile: (305) 536-4675
      E-mail: edward.stamm@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 3, 2018, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to all counsel of record in this case.

By: s/*Edward N. Stamm*
Edward N. Stamm
Assistant United States Attorney